IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No.14-12299 |
| Shar Enterprises of Chicago, LLC, | ) Chapter 11 |
| | ) Judge Jack B. Schmetterer |
| | ) |
| Debtor/Debtor-in-Possession. | ) |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 3rd day of February, 2015 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the room usually occupied by him as courtroom 682 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion for Allowance of Final Compensation and Reimbursement of Expenses to Debtor's Counsel**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion of Debtor For Allowance of Final Compensation and Reimbursement of Expenses to Debtor's Counsel , to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 9th day of January, 2015.

/s/Jeffrey C. Dan

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn Street
Suite 873
Chicago, IL 60604

Liston & Tsantilis, PC
33 N. LaSalle Street, Suite 2500
Chicago, IL 60602

Cook County Treasurer
118 N. Clark, Suite 112
Chicago, IL 60602

Loftus & Loftus, Ltd.
646 Busse Highway
Park Ridge, IL 60068

Marvel Engineering Co.
2085 N. Hawthorne
Melrose Park, IL 60160-1173

Phoenix Bond & Indemnity Co.
161 N. Clark Street, Suite 3040
Chicago, IL 60601

Sharon Kirby
2085 N. Hawthorne Ave.
Melrose Park, IL 60160

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Shar Enterprises of Chicago, LC | ) | Case No. 14-12299 |
| | ) | |
| Debtors. | ) | Honorable Jack B. Schmetterer |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>Shar Enterprises of Chicago, LLC</u>

Date of Order
Authorizing Employment: <u>April 2, 2014</u>

Period for Which Compensation
is Sought:  From: <u>April 2, 2014</u> through <u>December 29, 2014</u>

Amount of Fees Sought: <u>$25,867.00</u>

Amount of Expense
Reimbursement Sought: <u>$1,697.00</u>

This is a(n):  Interim Application ___    Final Application <u>x</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| None | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is:

Date: January 9, 2015

Applicant:    Jeffrey C. Dan and the firm
              <u>Crane, Heyman, Simon, Welch & Clar</u>

              By: <u>/s/Jeffrey C. Dan</u>
                  Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.14-12299 |
| Shar Enterprises of Chicago, LLC, ) | Chapter 11 |
| ) | Judge Jack B. Schmetterer |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

**MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL**

Jeffrey C. Dan and the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"), Counsel to Shar Enterprises of Chicago, LLC, as Debtor and Debtor-in-Possession ("Debtor") herein, make their Motion pursuant to Section 330 of the Bankruptcy Code for Allowance of Final Compensation and Reimbursement of Expenses to Debtor's Counsel for legal services rendered and expenses incurred during the period April 2, 2014 through December 29, 2014; and in support thereof, state as follows:

**Introduction**

1. On April 2, 2014, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor is operating its business and managing its financial affairs as Debtor-in-Possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

3. By this Motion, CHSWC requests a allowance of final compensation and reimbursement of expenses in the amounts of $25,867.00 and $1,697.00, respectively, for legal services rendered to the Debtors during the period April 2, 2014 through December 29, 2014. Itemizations of the legal services rendered and expenses incurred during the relevant period are attached to this Motion as **Exhibits A and B**, respectively.

1

4. CHSWC has not received any prior allowances of interim compensation and expenses in this Chapter 11 case. CHSWC received a pre-petition retainer of $30,000.00, prior to the filing of this case. After crediting for work performed pre-petition by CHSWC on behalf of the Debtor, the remaining balance of the retainer as of the Petition Date was $24,977.25. This retainer will be applied by CHSWC to any allowance of final compensation and expenses awarded by this Court.

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

6. The statutory predicates for the relief requested in this Motion are Section 330 of the Bankruptcy Code and Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure.

**Relevant Factual Background**

7. The Debtor is an Illinois limited liability company that is the owner and operator of a commercial property located in Melrose Park, Illinois (the "Property").

8. The Property is comprised of a commercial building that is located at 2085 N. Hawthorne Ave., Melrose Park, Illinois. The Property encompasses approximately 109,000 square feet.

9. On December 19, 2014 this Court confirmed the Fourth Amended Plan of Liquidation filed by the Debtor, which results in a payment of all claims in full.

**Compensation and
Expenses Requested**

10. CHSWC is a law firm whose practice is almost exclusively concentrated in

2

the fields of bankruptcy, reorganization and insolvency. CHSWC is comprised of five (5) members and two (2) associates, and two (2) attorneys of counsel to the firm, some of whom have participated in representing the Debtor in this bankruptcy case.

11. The following is biographical information pertaining to those attorneys who have been primarily involved in the representation of the Debtor. Other attorneys at CHSWC have also participated to a lesser extent in this Chapter 11 case. Each such attorney has significant experience and expertise in bankruptcy, reorganization and litigation matters.

12. JEFFREY C. DAN is a member of CHSWC and has been practicing law in the State of Illinois since 1997. He graduated from DePaul University School of Law. He has practiced as a trial attorney in a number of areas of the law including personal injury, domestic relations, criminal law and commercial litigation. Mr. Dan joined the firm in September of 2002 and has been actively involved in all aspects of bankruptcy and bankruptcy litigation as well as State Court litigation that arises in insolvency matters. He has served as a member of the Illinois State Bar Association, Commercial Banking and Bankruptcy Law Section Council. Mr. Dan is a member of the Federal Trial Bar and is admitted to practice before the United States Court of Appeals for the Seventh Circuit and the United States Court of Appeals for the Third Circuit. He is also admitted to practice before the United States District Courts for the Northern District of Illinois, Northern District of Indiana, Central District of Illinois and Eastern District of Wisconsin.

13. ARTHUR G. SIMON is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been practicing law since 1979 when he graduated from the Loyola University of Chicago, School of Law. Mr. Simon has been admitted to practice law in the state courts of Illinois, in the United States Court of Appeals for the Seventh Circuit, and in the United States District Courts for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin and the Northern District of Indiana. He is a member of the Federal Trial Bar.

3

Beginning in 1981, he became engaged almost exclusively in the practice of bankruptcy and insolvency litigation and has represented virtually every type of party in such matters, including Chapter 7 and Chapter 11 debtors, secured creditors, landlords, trustees, and creditors' committees. His activities have included membership in the Chicago Bar Association Committee on Bankruptcy and Reorganization. He has served as the Editor of the Advance Sheets provided by said Committee. In that capacity, he reported the rulings and opinions of the Bankruptcy Judges in the Northern District of Illinois to the Bankruptcy Committee members of the Chicago Bar Association. He served for several years on the Commercial, Banking and Bankruptcy Section Council of the Illinois State Bar Association for whom he has published several articles, and also served on the General Assembly of that Association.

14. BRIAN P. WELCH is an associate with CHSWC. Mr. Welch's practice is primarily focused in the fields of bankruptcy, business reorganization, debtor's and creditor's rights, insolvency, and commercial litigation. He has represented a diverse group of clients including individual and corporate debtors in Chapter 11 and Chapter 7 proceedings, secured and unsecured creditors, estate representatives such as chapter 7 and chapter 11 trustees, plan administrators and assignees for the benefit of creditors. He has a broad range of experience in both State and Federal courts, including representation of creditors in State Court, including contract and mortgage foreclosure actions.

Mr. Welch is admitted to practice in the United States District Court for the Northern District of Illinois and in the State of Illinois. He is an active member of the American Bankruptcy Institute, the American Bar Association, and the Illinois State Bar Association. He has been published in various local and national publications.

15. The hourly rates usually charged by CHSWC in this Chapter 11 case and in matters of this nature are as follows:

| **Attorney** | **Hourly Rate** |
|---|---|
| Arthur G. Simon (AGS) | $490.00 |
| Jeffrey C. Dan (JCD) | $415.00 |
| Brian P. Welch (BPW) | $295.00 |

4

16. The following is a chart that depicts the total hours that each attorney at CHSWC expended in representing the Debtor during the relevant period:

| Attorney | Hours | Amount |
|---|---|---|
| Arthur G. Simon | 6.60 | $ 3,234.00 |
| Jeffrey C. Dan | 47.50 | $19,712.50 |
| Brian P. Welch | 9.90 | $ 2,920.50 |
| **Total** | **64.00** | **$25,867.00** |

17. During the course of the representation of the Debtor during the relevant period, CHSWC also incurred expenses of $1,697.00. These expenses are itemized on **Exhibit B** to this Motion.

### Legal Services Rendered to the Debtor

18. The representation of the Debtor is categorized in this Motion as follows:

A. **General Administration**
The matters in this category include assisting the Debtor with the general administration of this bankruptcy case, filing and presenting motions generally affecting the case, filing bankruptcy schedules, routine motions and professionals' fee applications and retention motions, preparation for and attendance at 341 meetings and meetings with the United States Trustees. Also included in this category are legal services related to assisting the Debtor with its monthly operating reports and responding to general creditor inquiries.

**Total Time Expended**          **22.50 hours**

| Attorney | Hours | Amount |
|---|---|---|
| Arthur G. Simon | 1.70 | $ 833.00 |
| Jeffrey C. Dan | 14.40 | $5,976.00 |
| Brian P. Welch | 6.40 | $1,888.00 |
| **TOTAL** | **22.50** | **$8,697.00** |

Attached to this Motion as **Exhibit C** is an itemization of the legal services rendered in this category.

B) **Claims Objection/Secured Creditor Issues**
One key to this Chapter 11 case was the Debtor's ability to object to the claim of Phoenix Bond and Indemnity Company. The

5

Debtor, through CHSWC, investigated and filed an objection to Phoenix Bond and Indemnity Company's claim and the claim was disallowed. This allowed the taxes purchased by Phoenix Bond and Indemnity Company to be returned to the Cook County Treasurer which aided in the Debtor confirming its Plan of Liquidation.

**Total Time Expended 8.70 hours**

| Attorney | Hours | Amount |
|---|---|---|
| Arthur G. Simon | 2.80 | $1,372.00 |
| Jeffrey C. Dan | 2.90 | $1,203.50 |
| Brian P. Welch | 3.00 | $ 885.00 |
| **TOTAL** | **8.70** | **$3,460.50** |

Attached to this Motion as **Exhibit D** is an itemization of the legal services rendered in this category.

C) **Chapter 11 Exit Strategy**
CHSWC advised the Debtor during the period covered by this fee application of its options with respect to emerging from this Chapter 11 case. CHSWC worked extensively with the Debtor to formulate the different Plans of Reorganization and Plans of Liquidation and drafted the Plans of Reorganization and Liquidation and corresponding Disclosure Statements that have been filed in these cases. Included in this category is all work regarding the Plans of Reorganization and Liquidation and Disclosure Statements, hearing regarding confirmation of the Plan of Liquidation, including drafting, working with the Debtors regarding the projections and funding/financing of the Debtor's Plans, work regarding potentially selling the Debtor's property as part of the Plans of Liquidation, balloting the Fourth Ameneded Plan of Liquidation for the Confirmation Hearing and preparing for and attending hearings on the Second Amended Disclosure Statement and Confirmation of the Fourth Amended Plan of Liquidation.

**Total Time Expended 32.80 hours**

| Attorney | Hours | Amount |
|---|---|---|
| Arthur G. Simon | 2.10 | $ 1,029.00 |
| Jeffrey C. Dan | 30.20 | $12,533.00 |
| Brian P. Welch | 0.50 | $ 147.50 |
| **TOTAL** | **32.80** | **$13,709.50** |

Attached to this Motion as **Exhibit E** is an itemization of the legal services rendered in this category.

**Conclusion**

19. Other than as provided in Section 504(b) of the Bankruptcy Code,

6

CHSWC has not shared, nor agreed to share, any compensation received as a result of this case with any person, firm or entity. The sole and exclusive source of compensation shall be funds of the Debtor.

20.   CHSWC asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered based upon the time, nature, extent and value of such professional services. CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

21.   CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor.

22.   CHSWC submits that the compensation and expenses requested are fair, reasonable and warranted under the circumstances.

WHEREFORE, JEFFREY C. DAN and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtors' Counsel, request the entry of an Order as follows:

A.   Allowing compensation and reimbursement of expenses in the amounts of $25,867.00 and $1,697.00, respectively, for legal services rendered during the period of April 2, 2014 through December 29, 2014; and

B.   Granting such other relief as may be just and appropriate.

        Respectfully Submitted,

        JEFFREY C. DAN, and the law firm of CRANE,
        HEYMAN, SIMON, WELCH & CLAR

        By:___/s/Jeffrey C. Dan_____

**DEBTOR'S COUNSEL:**
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\Jeff\Shar Enterprises\Pay CHSCW.MOT.wpd