IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )  Case No.14-12299
SHAR ENTERPRISES OF CHICAGO, LLC                )  Chapter 11
                                                )  Judge Jack B. Schmetterer
                                                )
                    Debtor.                     )

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 13th day of October, 2015 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the room usually occupied by him as courtroom 682 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion For Final Decree** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS     )
                      )
COUNTY OF COOK        )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 2nd day of October, 2015.

/s/Jeffrey C. Dan

## **SERVICE LIST**

United States Trustee
Dirksen Federal Building
219 S. Dearborn St.,Suite 873
Chicago, IL 60604

Liston & Tsantilis, PC
33 N. LaSalle Street, Suite 2500
Chicago, IL 60602

Cook County Treasurer
118 N. Clark, Suite 112
Chicago, IL 60602

Loftus & Loftus, Ltd.
646 Busse Highway
Park Ridge, IL 60068

Marvel Engineering Co.
2085 N. Hawthorne
Melrose Park, IL 60160-1173

Phoenix Bond & Indemnity Co.
161 N. Clark Street, Suite 3040
Chicago, IL 60601

Sharon Kirby
2085 N. Hawthorne Ave.
Melrose Park, IL 60160

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )
                                            )   Case No.14-12299
SHAR ENTERPRISES OF CHICAGO, LLC   )   Chapter 11
                                            )   Judge Jack B. Schmetterer
            Debtor.                         )

**MOTION FOR FINAL DECREE**

SHAR ENTERPRISES OF CHICAGO, LLC, Debtor herein ("Debtor"), by and through its Attorneys, and in support of its Motion For Entry Final Decree hereby states as follows:

**Introduction**

1. On April 2, 2014, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. On December 19, 2014, this Court entered an Order confirming the Debtor's Fourth Amended Plan of Liquidation.

3. The Plan has been substantially consummated within the meaning of §1101(2) of the Bankruptcy Code. Payments have been made to all creditors, mainly:

   a. The administrative claim of Crane, Heyman, Simon, Welch & Clar in the amount of $2,586.75 was paid in full;

   b. The unsecured claim of Liston & Tsantilis of $47,422.61 was paid in full;

   c. The unsecured claim of Loftus & Loftus in the amount of $4,357.00 was paid in full; and

   d. The secured claim of the Cook County Treasurer for real estate taxes has partially been paid. The Cook County Treasurer has been paid $1,103,124.14. The remaining amount of real estate taxes allegedly owed has been disputed and any remaining amount will be paid pursuant to the sale of the Debtor's real estate.

4. The Debtor respectfully requests this Court enter a Final Decree pursuant to Rule

3022 of the Rules of Bankruptcy Procedure to close this bankruptcy case.

WHEREFORE, for the foregoing reasons, the Debtor, SHAR ENTERPRISES OF CHICAGO, LLC, prays for the entry of Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

Respectfully Submitted,
SHAR ENTERPRISES OF CHICAGO, LLC
Debtor/Debtor-in-Possession

By: /s/Jeffery C. Dan
    One of its Attorneys

**DEBTOR'S COUNSEL**:
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\Jeff\Shar Enterprises\Final Decree.MOT.wpd