UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-12299 |
| SHAR ENTERPRISES OF CHICAGO, LLC | ) ) ) ) ) ) | Chapter:  11<br><br>Honorable Jack Schmetterer |
| Debtor(s) | ) | |

## ORDER FOR FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the Motion of Shar Enterprises of Chicago, LLC, Debtor, For Final Decree; proper notice having been provided; no objections having been interposed; this Court being fully advised in the premises;

IT IS HEREBY ORDERED that this Order shall constitute the Final Decree.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  October 20, 2015

**Prepared by:**

Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffery C. Dan (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603
312-641-6777